542

441 A.2d 463

Commonwealth v. Zeek, Appellant.

Petition for Allowance of Appeal Denied March 31, 1982.

Argued June 22, 1981.   David R. Harris, for appellant;  William A. Behe, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

The judgment of sentence dated November 15, 1979 is affirmed on the comprehensive opinion of Judge Lipsitt.

PRICE, J., did not participate in the consideration or decision of this case.

441 A.2d 463

Commonwealth ex rel., Given v. Grimm, Appellant.

Argued December 4, 1980.   Kenneth R. Werner, for appellant; Joseph P. Mylotte, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Affirmed.